**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **JOHN DOE #4 AND JANE DOE #4,** **INDIVIDUALLY AND AS PARENTS AND** **NEXT FRIENDS OF John Doe #4M, A MINOR** | |
| Plaintiffs, | **Case No. 8:21-cv-00360-PJM** |
| v. | |
| **MONTGOMERY COUNTY BOARD OF** **EDUCATION,** *et al.* | |
| Defendants. | |

<u>JOINT STATUS REPORT</u>

The Parties submit this status update as to the claims and Parties still pending in the above captioned litigation. Plaintiffs John Doe #1, John Doe #2M, Jane Doe #2, and John Doe #3 have settled with all Defendants.  Each of these Plaintiffs have stipulated that all claims made by them against all Defendants are dismissed with prejudice (ECF Nos. 316, 317).

Plaintiffs Doe #4 have not settled, and these claims remain:

1. Negligence against all Defendants;
2. Gross Negligence against Defendant Sullivan;
3. Gross Negligence against Defendant Crouse;
4. Gross Negligence against Defendant Doody;
5. Gross Negligence against Defendant Wallich;
6. Gross Negligence against Defendant Colbert;
7. Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 against BOE;
8. 42 U.S.C. § 1983 against Sullivan (supervisory liability, pending interlocutory appeal);
9. 42 U.S.C. § 1983 against Crouse (supervisory liability & state-created danger, pending interlocutory appeal);
10. 42 U.S.C. § 1983 against Wallich (supervisory liability, pending interlocutory appeal).

Respectfully submitted,

/s/ *William H. Murphy, Jr.*
William H. Murphy, Jr., Esq.
#07985
Malcolm P. Ruff, Esq. #21595
Murphy, Falcon & Murphy, P.A.
1 South Street, 30th Floor
Baltimore, MD 21202
billy.murphy@murphyfalcon.com
malcolm.ruff@murphyfalcon.com
*Counsel for Plaintiffs Doe 1 and Doe 2*

/s/ *Thomas M. DeGonia*
Thomas M. DeGonia II, Esq.
#17038
Ethridge Quinn, Kemp,
Rowan & Hartinger
33 Wood Lane
Rockville, MD 20850
tmd@eqlawyers.com

/s/ *Jerry W. Hyatt*
Jerry W. Hyatt, Esq. #16003
Law Office of Jerry W. Hyatt
27 Wood Lane
Rockville, MD 20850
jhyatt@jerryhyattlaw.com
*Counsel for Plaintiff Doe 3*

/s/ *Timothy F. Maloney*
Timothy F. Maloney, Esq. #03381
Matthew M. Bryant, Esq. #18014
Alyse L. Prawde, Esq. #14676
Joseph, Greenwald & Laake, PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
tmaloney@jgllaw.com
mbryant@jgllaw.com
aprawde@jgllaw.com
*Counsel for Plaintiff Doe 4*

JOHN P. MARKOVS
COUNTY ATTORNEY

_____/s/_____
Patricia Lisehora Kane, Esq. # 13621
Patricia.Kane@montgomerycountymd.gov

_____/s/_____
Jacquelyn P. Allen,  Esq. # 20594
Jacquelyn.Allen@montgomerycountymd.gov

_____/s/_____
Margaret E. Turlington, Esq. # 21650
101 Monroe Street, 3rd Floor
Rockville, Maryland 20850

Margaret.Turlington@montgomerycountymd.gov
*Counsel for Defendants Montgomery County Board of Ed., Crouse, Wallich, Colbert & Sullivan*

_____/s/_____
Kevin Karpinski, Esq. # 11849
Daniel Scapardine, Esq. # 21632
Karpinski, Cornbrooks & Karp, P.A.
120 E. Baltimore Street, Suite 1850
Baltimore, MD 21202-1617
kevin@bkcklaw.com
dscapardine@bkcklaw.com
*Counsel for Defendant Doody*

2